HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MOTHERWAY,

        Plaintiff,

    v.

DANIEL N. GORDON, P.C., LVNV FUNDING, LLC,

        Defendants.

Case No. C09-05605 RBL

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

    THIS MATTER is before the court on Plaintiff's Motion for Reconsideration [Dkt. #36] of this Court's July 15, 2010 Order [Dkt. #35]. The court has reviewed and considered the motion.

    Under Local Rule 7, motions for reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the court will not reconsider its prior ruling.

    It is ORDERED that Plaintiff's Motion for Reconsideration [Dkt. #36] is DENIED.

DATED this 30th day of July, 2010.

                                         */s/ Ronald B. Leighton*
                                         RONALD B. LEIGHTON
                                         UNITED STATES DISTRICT JUDGE

ORDER
Page - 1